

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00437-CV

**CITY OF HELOTES,**
Appellant

v.

Jean Marie **PAGE,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01629
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

On December 18, 2019, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on January 2, 2020. *See* TEX. R. APP. P. 49.1

On the due date, Appellant filed a motion for a ten-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due on January 13, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court